# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2260

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of South Dakota. |
| Darla Louise Sanders, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: January 19, 2006
Filed: February 16, 2006

_____

Before MURPHY, HANSEN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

A jury found Darla Louise Sanders guilty of conspiring to possess methamphetamine and marijuana with intent to distribute, in violation of 21 U.S.C. § 846. The district court[1] sentenced her to 132 months in prison and 5 years of supervised release, and she appeals.

Sanders challenges the sufficiency of the evidence to support her convictions. Viewing the evidence in the light most favorable to the jury's verdict, we conclude

---

[1]The Honorable Lawrence Piersol, Chief Judge, United States District Court for the District of South Dakota.

that it is sufficient.  See United States v. Causor-Serrato, 234 F.3d 384, 387-88 (8th Cir. 2000) (standard of review; elements of conspiracy).  In short, the jury was entitled to believe the government witnesses and disbelieve the defense witnesses.  See United States v. Fellers, 397 F.3d 1090, 1099 (8th Cir.), cert. denied, 126 S. Ct. 415 (2005).

Accordingly, we affirm the judgment of the district court.

_____